UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J. PALMER,

              Plaintiff,

      – *against* –

SPOTIFY TECHNOLOGY S.A.,
SPOTIFY USA INC., SPOTIFY AB, *and*
SPOTIFY NETHERLANDS B.V.,

           Defendants.

**ORDER**

26 Civ. 1747 (ER)

RAMOS, D.J.:

    The Court directs the Clerk of Court to issue summons for all Defendants.

Plaintiff is directed to serve the summons and complaint within 120 days of the issuance

of the summons.  If within those 120 days, Plaintiff has not either served Defendants or

requested an extension of time to do so, the Court may dismiss the claims against

Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to

prosecute.

It is SO ORDERED.

Dated:    March 19, 2026
         New York, New York

_____
EDGARDO RAMOS, U.S.D.J.